24,009-07

JEFF LEGGETT
590716 ESTELLE
264 FM 3478
HUNTSVILLE, TX 77320

JANUARY 11, 2015

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
AUSTIN, TX 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

DEAR COURT:

I NOTICED A COUPLE OF PROBLEMS WITH THE
CURRENT 11.07 FORM:

1. INSTRUCTIONS @ #8 THE DECLARATION IS
ON PP 16-18, NOT 11 & 12

2. PAGE 2 @ #10 - ONE OPTION HAS BEEN OMITTED:
JUDGE FOR GUILT, JURY FOR PUNISHMENT.

3. PAGES 17 & 18 BOTH CONTAIN A SECTION FOR
PETITIONER'S INFORMATION. THIS IS REDUNDANT. YOU
COULD CHANGE PAGE 17 TO READ PETITIONER\APPLICANT'S
INFORMATION, AND DO AWAY WITH PAGE 18.

SINCERELY,

Jeff

P.S. I AM AVAILABLE TO PROOF READ ALL OPINIONS,
DOCUMENTS, ETC.